IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| H.G., a minor, by and through his parent and natural guardian, BARBARA DAVIS *Plaintiff* | : : : : | CIVIL ACTION NO. 13-1976 |
| v. | : : | |
| UPPER DUBLIN SCHOOL DISTRICT *Defendant* | : : | |

# ORDER

AND NOW, this 17th day of April 2015, upon careful and independent consideration of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, [ECF 37], Plaintiff's Objections thereto, [ECF 38], Defendant's response to Plaintiff's Objections, [ECF 39], and the administrative record, and consistent with the accompanying Memorandum Opinion filed on this day, it is hereby **ORDERED** that:

1. Plaintiff's Objections are **OVERRULED**, *in part*.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Plaintiff's amended motion to receive additional evidence, [ECF 36], is **GRANTED**, *in part*, to permit the admission of portions of Plaintiff's Exhibit 5, [ECF 25-8], and the entirety of Exhibits 9, 10, 19, and 22, [ECF 26-3, 26-4, 27-3, 27-4, 27-7], and **DENIED** as to all other submissions.

3. Defendant's submission of Exhibit 17, [ECF 24-19], is **DENIED**.

2. Plaintiff's motion for judgment on the administrative record, [ECF 25], is **DENIED**.

3. Defendant's motion for judgment on the administrative record, [ECF 24], is **GRANTED**.

The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.